IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ES DISTRIBUTION LLC and DACA
DESIGN LLC,

      Plaintiffs,

v.                                                        No. CV 20-1221 KRS/CG

HANGTIME LLC,

      Defendant.

## ORDER MODIFYING INITIAL SCHEDULING ORDER

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Modify Initial Scheduling Order* (the "Motion"), (Doc. 35), filed December 14, 2020. In the Motion, the parties explain that Defendant recently retained new counsel, and that "the requested extension will allow for a more productive early conference and early discovery." *Id.* at 2. As a result, the parties request to modify the dates and deadlines set forth in the Court's *Initial Scheduling Order*, (Doc. 34). The Court, having reviewed the parties' Motion and noting it is stipulated, finds the Motion is well-taken and the Initial Scheduling Order shall be modified as follows:

1. The parties shall Meet and Confer no later than **December 29, 2020**;

2. The parties shall file their Joint Status Report no later than **January 5, 2021**;

3. A Telephonic Rule 16 Scheduling Conference shall be held on **January 12, 2021,** at **2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings, and;

4. The Telephonic Rule 16 Scheduling Conference currently set for December 29,

2020, the meet and confer deadline of December 15, 2020, and the Joint Status Report currently due on December 22, 2020, are hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE