IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ES DISTRIBUTION LLC and DACA
DESIGN LLC,

      Plaintiffs,

v.                                              No. CV 20-1221 JB/CG

HANGTIME LLC,

      Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 CONFERENCE

**THIS MATTER** is before the Court on review of the record and the notice of reassignment to the Honorable James Browning as the presiding judge. (Doc. 37).

**IT IS HEREBY ORDERED** that the Court's *Order Extending Dates in the Initial Scheduling Order*, (Doc. 36), and all associated deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference set for January 12, 2021, at 2:00 p.m. is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE